UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NANCY L. BARNETTE,

                Plaintiff,

-vs-                                                        Case No.  2:10-cv-471-FtM-36SPC

FEDERAL EXPRESS CORPORATION,
a foreign corporation,

                Defendant.
_____

**ORDER**

This matter comes before the Court on the Appearance of Non-Resident Attorney, Application to Appear as Counsel *Pro Hac Vice*, and Designation of Local Counsel (Doc. #11) filed on August 13, 2010.  Karen Vaughan McManus, Esq., in house Counsel in the Legal Department for Federal Express Corporation. 2630 Hacks Cross Road, Building B, Second Floor, Memphis, Tennessee 38125, moves the Court for permission to appear *pro hac vice* on behalf of the Defendant. Counsel is a member in good standing with the State Bar of Georgia and the State Bar of Tennessee and is licensed to practice in several federal courts. Further, David C. Miller, Esq., of the law firm Bryant Miller Olive, P.A., Two Biscayne Boulevard, Suite 1480, Miami, Florida 33131, has agreed to serve as local Counsel in this case.  Having considered the motion, the Court finds good cause and will grant the admission *pro hac vice*.

Accordingly, it is now

**ORDERED:**

(1) The Appearance of Non-Resident Attorney, Application to Appear as Counsel *Pro Hac Vice*, and Designation of Local Counsel (Doc. #11) is **GRANTED**. Karen Vaughan McManus, Esq., in house Counsel in the Legal Department for Federal Express Corporation. 2630 Hacks Cross Road, Building B, Second Floor, Memphis, Tennessee 38125**,** shall be admitted *pro hac vice* on behalf of the Defendant.

(2) David C. Miller, Esq., of the law firm Bryant Miller Olive, P.A., Two Biscayne Boulevard, Suite 1480, Miami, Florida 33131, shall be designated local Counsel in this matter.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record